

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 4:26-MJ-36 |
| | ) |
| SEAN B. CARR | ) |
| | ) Court Date: 18 May, 2026 |
| | ) Time: 8:30 a.m. |

### CRIMINAL INFORMATION

#### COUNT ONE
(Associated Ticket No. E2505021)
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 17, 2026, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, SEAN B. CARR, did drive or operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test administered as provided; while under the influence of alcohol; or while under the influence of any narcotic drug or any other self-administered intoxicant or drug of whatsoever nature, or any combination of such drugs or while under the combined influence of alcohol and any drug or drugs to a degree which impaired his ability to drive or operate a motor vehicle safely. (In violation of Title 18 United States Code § 13, assimilating Va. Code §§ 18.2-266, 18.2-270(A) 1950 as amended, a misdemeanor).

<u>COUNT TWO</u>
(Associated Ticket No. E2505022)
(Traffic Infraction)

THE UNITED STATES ATTORNEY CHARGES:

On or about May 17, 2026, at Fort Eustis, Virginia, on lands acquired for the use

of the United States, within the special maritime and territorial jurisdiction of this court,

in the Eastern District of Virginia, SEAN B. CARR, consumed an alcoholic beverage

while driving a motor vehicle upon a public highway. (In violation of Title 18, United

States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-323.1).


TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: _____
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-4393
Email: Gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I caused a true and correct copy of the foregoing

Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel

for the defendant known to the Government in the above-styled case.

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-4393
Email: Gregory.m.goujon.mil@army.mil